THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOSEPH BAUMANN, Appellant.

(Argued May 9, 1932; decided June 1, 1932.)

*Daniel J. O'Sullivan, Edward T. Harrington, Maurice F. Berman* and *Arthur Hendrick Bernstein* for appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: CRANE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. PAUL VEZBAN, Appellant.

(Argued May 9, 1932; decided June 1, 1932.)

*Rudolph Stand* for appellant.

*William F. X. Geoghan, District Attorney (Ralph K. Jacobs* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., KELLOGG, HUBBS and CROUCH, JJ. Dissenting: LEHMAN and O'BRIEN, JJ. Not sitting: CRANE, J.